**Gregory PEEPLES, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97972.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 20, 2012.

Gregory Peeples, Jr., Bowling Green, MO, pro se, for appellant.

Chris Koster, Attorney General, Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and LISA K. PAGE, Sp. J.

*ORDER*

**PER CURIAM.**

Gregory Peeples appeals the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We find that the motion court did not clearly err in denying Peeples' request for post-conviction relief. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).